[No. 74510-7-I.   Division One.   June 19, 2017.]

KEN HATCH ET AL., *Appellants*, v. CARY FALK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-11416-6, Monica J. Benton, J., entered November 25, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Leach, J.

[No. 74767-3-I.   Division One.   June 19, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN JOHN NORD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00408-1, Ira Uhrig, J., entered February 10, 2016. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 74824-6-I.   Division One.   June 19, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE URELL PIGGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02443-1, Hollis R. Hill, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 74872-6-I.   Division One.   June 19, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01562-8, George N. Bowden, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman and Mann, JJ.